UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS LENAHAN,

        Plaintiff,

  -against-

NEW YORK CITY, N.Y.C. DEPARTMENT OF
CORRECTION, N.Y.C. DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, COMMISSIONER PONTE,
WARDEN TURHAN GUMUSDERE, DEPUTY
WARDEN BARNES, DEPUTY WARDEN KELLY,
CAPT. SAINT FLEUR, CAPT. BELL, CAPT.
PLASKETT, C.O. NELSON, C.O. HENRY, C.O. GIL,
C.O. CURANT, C.O. MOTSIFE, C.O. HEWITT,
C.O. BLACK, C.O. JANE DOE, C.O. JOHN DOE,
MS. ELIZABETH LANDON, MR. A. BILACDI,
MR. LAWRENCE BELL, MR. ERIC ROSEN,
DR. PARKERS,

        Defendants.
-----------------------------------------------------------------X

ORDER

17-CV-6734 (AJN)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties were directed to submit their joint pretrial order to the court on or before October 30, 2019, if no dispositive motion was made in this action. The docket sheet maintained by the Clerk of Court does not reflect that a dispositive motion was made. The docket sheet also does not reflect that the parties' joint pretrial order was filed. Therefore, on or before December 11, 2019, the parties shall submit their joint pretrial order to the court. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
       November 26, 2019

Copy mailed to:

Thomas Lenahan

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE