USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS LENAHAN,

               Plaintiff,

  -against-

NEW YORK CITY, et al.,

               Defendants.
------------------------------------------------------------X

**ORDER**
17 CV 6734 (AJN) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the telephone conference scheduled to be held in the above-captioned action on January 8, 2020, at 4:30 p.m., shall be held on that date at 2:00 p.m.

The Superintendent or other official in charge of the Fishkill Correctional Facility shall provide the plaintiff, Thomas Lenahan, DIN # 18-A3983, a private room with telephone service so that he may participate in the telephonic conference with the Court and counsel to the defendants on that date. Plaintiff Thomas Lenahan shall, on January 8, 2020, at 2:00 p.m., appear in a private room designated by the Superintendent or other official in charge of the Fishkill Correctional Facility to participate in the telephonic conference with the Court and counsel to the defendants for the duration of that conference. The call-in number for the conference is (888) 557-8511; the access code is 4862532. Counsel to the defendants shall serve a copy of this order on the Superintendent or other official in charge of the Fishkill Correctional Facility expeditiously and file proof of service with the Clerk of Court.

Dated: New York, New York
       December 16, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Thomas Lenahan