UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS LENAHAN,

           Plaintiff,

  -against-

NEW YORK CITY, et al.,

           Defendants.
------------------------------------------------------------X

**ORDER**
17 CV 6734 (AJN) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on January 23, 2020, at 2:00 p.m.

The Superintendent or other official in charge of the Fishkill Correctional Facility shall provide the plaintiff, Thomas Lenahan, DIN # 18-A3983, a private room with telephone service so that he may participate in the telephonic conference with the Court and counsel to the defendants on that date. Plaintiff Thomas Lenahan shall, on January 23, 2020, at 2:00 p.m., appear in a private room designated by the Superintendent or other official in charge of the Fishkill Correctional Facility to participate in the telephonic conference with the Court and counsel to the defendants for the duration of that conference. The call-in number for the conference is (888) 557-8511; the access code is 4862532. Counsel to the defendants shall serve a copy of this order on the Superintendent or other official in charge of the Fishkill Correctional Facility expeditiously and file proof of service with the Clerk of Court.

Dated: New York, New York
       January 22, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Thomas Lenahan