UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 0 3 2020

Thomas Lenahan,

                    Plaintiff,                              17-CV-6734 (AJN)

          —v—                                                ORDER

City of New York, *et al.*,

                    Defendants.

ALISON J. NATHAN, District Judge:

    All discovery in this matter is scheduled to be completed by February 27, 2020, and pre-trial materials are due on March 12, 2020. Dkt. No. 67. In light of these deadlines, the parties are hereby ordered to notify the Court by letter on or before March 5, 2020, whether they intend to file for summary judgment.

    Chambers will mail a copy of this Order to Plaintiff and note its mailing on the docket.

    SO ORDERED.

Dated: February 3, 2020
       New York, New York

                                    _____
                                    ALISON J. NATHAN
                                    United States District Judge