```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS LENAHAN,

                    Plaintiff,

       -against-

NEW YORK CITY, N.Y.C. DEPARTMENT OF
CORRECTION, N.Y.C. DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, COMMISSIONER PONTE,         ORDER
WARDEN TURHAN GUMUSDERE, DEPUTY
WARDEN BARNES, DEPUTY WARDEN KELLY,              17-CV-6734 (AJN)(KNF)
CAPT. SAINT FLEUR, CAPT. BELL, CAPT.
PLASKETT, C.O. NELSON, C.O. HENRY, C.O. GIL,
C.O. CURANT, C.O. MOTSIFE, C.O. HEWITT,
C.O. BLACK, C.O. JANE DOE, C.O. JOHN DOE,
MS. ELIZABETH LANDON, MR. A. BILACDI,
MR. LAWRENCE BELL, MR. ERIC ROSEN,
DR. PARKERS,

                    Defendants.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The time for the parties to complete all discovery, of whatever nature, is enlarged to April 30, 2020.

The parties shall submit their joint pretrial order to the court on or before May 29, 2020.

Dated: New York, New York
       March 6, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Thomas Lenahan