```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS LENAHAN,                                    :
                                                   :
                 Plaintiff,                        :
                                                   :
     -against-                                     :         ORDER
                                                   :   17 CV 6734 (AJN) (KNF)
NEW YORK CITY, et al.,                             :
                                                   :
                 Defendants.                       :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Through a letter dated October 5, 2020, Docket Entry No. 96, the plaintiff has informed the Court that he "wish[es] to renew [his] application for assignment of counsel." The plaintiff requested previously that the Court seek pro bono counsel to assist him in prosecuting this action. The request was granted in July 2019, see Docket Entry No. 49. Therefore, no need exists to renew the request, as the plaintiff has done. No attorney has agreed to represent the plaintiff, on a pro bono basis, as of the date of this order. It is not guaranteed that an attorney will agree to represent the plaintiff, on a pro bono basis. Therefore, the plaintiff was advised by the Court, in July 2019, that he must continue to represent himself, until such time as an attorney agrees to represent him. The plaintiff's request to renew his application for the Court to seek pro bono counsel to assist him is denied, as unnecessary.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York          SO ORDERED:
        October 19, 2020

                                                                                  _Kevin Nathaniel Fox_
                                                                  KEVIN NATHANIEL FOX
                                                                  UNITED STATES MAGISTRATE JUDGE