UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
THOMAS LENAHAN,                               :

               Plaintiff,                :

               v.                       :

CITY OF NEW YORK, *et al.*,                    :

               Defendants.               :
------------------------------------------------------ X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

17-CV-6734 (AJN) (KNF)

       The plaintiff filed objections to the Court's December 1, 2020 order granting the

plaintiff's motion for sanctions and directing the defendants to provide discovery.  <u>See</u> Docket

Entry No. 108.  In light of the plaintiff's objections, compliance with the December 1, 2020

order, Docket Entry No. 100, and the related January 11, 2021 order, Docket Entry No. 106, is

stayed pending resolution of the plaintiff's objections.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York
        January 19, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE