```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Lenahan,

            Plaintiff,

    –v–

New York City, *et al.*,

            Defendants.

17-cv-6734 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 15, 2021, the Plaintiff filed objections to the Magistrate Judge's Memorandum & Order dated December 1, 2020. Dkt. No. 108.

It is ORDERED that the Defendants shall file a response to the objections by February 5, 2021. The Plaintiff may file a reply by February 26, 2021.

It is further ORDERED that pending disposition of the objections the Defendants shall comply with the deadlines for production of documents set in the Magistrate Judge's Memorandum & Order dated December 1, 2020, and Order dated January 11, 2021. Dkt. Nos. 100, 106.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff and to note the mailing on the public docket.

SO ORDERED.

Dated: January 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge