UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
THOMAS LENAHAN,                                       :

              Plaintiff,                              :

              v.                                     :     **ORDER**

CITY OF NEW YORK, *et al.*,                           :
                                                                                17-CV-6734 (AJN) (KNF)

              Defendants.                             :
------------------------------------------------------ X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In light of the Court's December 1, 2020 order, Docket Entry No. 100, directing the defendants to disclose to the plaintiff certain information, and the defendants' January 15, 2021 letter, raising concerns that the disclosed information, including personal identifying information, may be subject to New York Criminal Procedure Law § 160.50, Docket Entry No. 107, it is hereby ordered that any such information disclosed by the defendants may be used by the plaintiff only in connection with this action.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                             SO ORDERED:
         January 28, 2021

                                                                                   /s/ Kevin Nathaniel Fox
                                                                                   KEVIN NATHANIEL FOX
                                                                                   UNITED STATES MAGISTRATE JUDGE