```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Lenahan,

               Plaintiff,

        –v–

City of New York, *et al.*,

               Defendants.

17-CV-6734 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 12, 2021, Plaintiff filed an affidavit in support of motions to compel discovery and for sanctions, which the Court construes as objections to Judge Fox's Order dated July 21, 2021. Dkt. No. 121.

    Defendants are ORDERD to file a response to the objections by November 22, 2021. Plaintiff may file a reply by December 13, 2021.

    Defendants are further ORDERED to file by November 22, 2021, a letter verifying that they have complied fully with Judge Fox's Order dated July 21, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Lenahan and note the mailing on the public docket.

    SO ORDERED.

Dated: November 8, 2021
        New York, New York

                                          _____
                                             ALISON J. NATHAN
                                            United States District Judge