UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS K. LENAHAN,

                              Plaintiff,                    **ORDER**

           -against-                            **17-CV-6734 (AJN) (JW)**

CITY OF NEW YORK ET AL,

                              Defendants.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The parties shall file a joint letter by **May 25, 2022** detailing their settlement discussion progress. If they would like the Court's assistance, the parties shall contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference. Proposed dates should be at least a month and a half from the date of the conference request. Fact discovery will reopen in a limited capacity on **May 25, 2022**, such that Plaintiff can request from Defendants (1) the log book from AKC Dorm 2 Top dated September 24, 2014; (2) Plaintiff's medication administration charts dated September 17, 2014 through December 30, 2014; and (3) inventories of Dorm 2 Top "Clothes Box" dated September 17, 2014 through November 27, 2014. Plaintiff may also serve third party subpoenas and obtain an expert report. Defendants may depose Plaintiff again to cover newly acquired information from the reopening of discovery. Fact discovery will conclude on **June 24, 2022** and expert discovery will conclude on **August 8, 2022**.

      SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                                          _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge