UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS K. LENAHAN,

                           Plaintiff,                      **ORDER**

          -against-                          17-CV-6734 (AT) (JW)

CITY OF NEW YORK ET AL,

                           Defendants.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **August 24, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  Parties must attend in-person with their counsel, except Mr. Lenahan, who may attend remotely via video or telephone if he cannot be physically produced for court.  The person with decision making authority to settle the matter for each party must attend the conference or be accessible by phone or other means during the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.  Pre-conference submissions must be received by the Court no later than **August 17, 2022**.

      SO ORDERED.

Dated: July 15, 2022
       New York, New York

                                                      */s/ Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge